IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:16-cv-116 (RBW) |

## JOINT STATUS REPORT

Plaintiffs and Defendants hereby submit for the Court's consideration a Joint Status Report pursuant to the Court's Minute Order of July 29, 2016. The Court's Minute Order asked the Parties to propose a briefing schedule for the filing of dispositive motions relating to Plaintiffs' Freedom of Information Act ("FOIA") requests to the Department of Justice Criminal Division, the Executive Office for U.S. Attorneys, the Office of the Director of National Intelligence, and the Central Intelligence Agency.

On July 29, 2016, Plaintiffs submitted a new FOIA request to the Department of Justice Criminal Division seeking additional information regarding former National Security Agency employee Thomas Drake. Given the close relationship between the information sought in Plaintiffs' original FOIA request to the Criminal Division and the information sought in this new FOIA request, Plaintiffs intend to move to amend their Complaint to add this FOIA request to this case once they have exhausted their administrative remedies. Defendants do not anticipate opposing such a motion. Accordingly, in light of this recent development, the Parties have

agreed that it would be premature to set a briefing schedule regarding Plaintiffs' original FOIA request to the Department of Justice Criminal Division. Instead, to avoid duplication of effort, the Parties intend to propose a briefing schedule regarding Plaintiffs' FOIA requests to the Criminal Division only after the Criminal Division has completed the processing of Plaintiffs' new FOIA request.

The Parties propose the following schedule for partial summary judgment briefing relating to Plaintiffs' FOIA requests to the Executive Office for U.S. Attorneys, the Office of the Director of National Intelligence, and the Central Intelligence Agency.

| | |
|---|---|
| Defendants' Motion for Summary Judgment | November 10, 2016 |
| Plaintiffs' Opposition/Cross-Motion | December 9, 2016 |
| Defendants' Rely/Opposition to Cross-Motion | January 6, 2017 |
| Plaintiffs' Reply Concerning Cross-Motion | January 20, 2017 |

Dated: August 5, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Bradley P. Moss* | BENJAMIN C. MIZER |
| Bradley P. Moss, Esq. | Principal Deputy Assistant Attorney General |
| D.C. Bar #975905 | |
| Mark S. Zaid, Esq. | CHANNING D. PHILLIPS |
| D.C. Bar #440532 | United States Attorney |
| Mark S. Zaid, P.C. | |
| 1250 Connecticut Avenue, N.W., Ste. 200 | ELIZABETH J. SHAPIRO |
| Washington, D.C. 20036 | Deputy Branch Director |
| (202) 454-2809 | |
| (202) 330-5610 fax | */s/ Timothy A. Johnson* |
| Brad@MarkZaid.com | TIMOTHY A. JOHNSON |
| Mark@MarkZaid.com | D.C. Bar No. 986295 |
| | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 514-1359 |
| | Fax: (202) 616-8470 |
| | timothy.johnson4@usdoj.gov |
| | |
| | *Counsel for Defendants* |