**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT <u>et al.</u>, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 16-116 (RBW) |
| DEPARTMENT OF JUSTICE, <u>et al.</u>, | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO DEFENDANTS'**
**STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7.1 (h), the plaintiffs The James Madison Project and Ken Dilanian (hereinafter referred to jointly as "JMP") respectfully respond to the defendants' Statement of Material Facts Not in Dispute with the following statement.

1. No response is required, as JMP is voluntarily dismissing the Central Intelligence Agency ("CIA") from this litigation.

2. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

3. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

4. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

5. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

6. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

7. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

8. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

9. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

10. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

11. No response is required, as JMP is voluntarily dismissing the CIA from this litigation.

12. No response is required, as JMP is conceding the adequacy of EOUSA's search.

13. No response is required, as JMP is conceding the adequacy of EOUSA's search.

14. No response is required, as JMP is conceding the adequacy of EOUSA's search.

15. No response is required, as JMP is conceding the adequacy of EOUSA's search.

16. No response is required, as JMP is conceding the adequacy of EOUSA's search.

17. No response is required, as JMP is conceding the adequacy of EOUSA's search.

18. No response is required, as JMP is conceding the adequacy of EOUSA's search.

19. No response is required, as JMP is conceding the adequacy of EOUSA's search.

20. No response is required, as JMP is conceding the adequacy of EOUSA's search.

21. No response is required, as JMP is conceding the adequacy of EOUSA's search.

22. No response is required, as JMP is conceding the adequacy of EOUSA's search.

23. No response is required, as JMP is conceding the adequacy of EOUSA's search.

24. No response is required, as JMP is conceding the adequacy of EOUSA's search.

25. No response is required, as JMP is conceding the adequacy of EOUSA's search.

26. No response is required, as JMP is conceding the adequacy of EOUSA's search.

27. JMP does not dispute the factual recitation of this statement except to the extent that it do not reflect the entirety of what was stated in the document, which speaks for itself. Dkt. No. 24-7, Exhibit "C"

28. JMP does not dispute the factual recitation of these statements except to the extent that they do not reflect the entirety of what was stated in the document, which speaks for itself. Id.

29. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's actions or the adequacy of its searches.

30. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's actions or the adequacy of its searches.

31. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's actions or the adequacy of its searches.

32. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's actions or the adequacy of its searches.

33. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's actions or the adequacy of its searches.

34. JMP does not dispute this statement.

35. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's redactions.

36. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's redactions.

37. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's redactions.

38. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's redactions.

39. JMP does not dispute this statement, although JMP does dispute any underlying legal characterizations or conclusions implicating the appropriateness of ODNI's redactions.

40. JMP disputes this statement, as it constitutes a factual and legal conclusion that is being challenged as part of this litigation.

Date:   December 9, 2016

                                   Respectfully submitted,

                                        /s/
                                  _____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs